SEH:nab

AO 91 (Rev. 11/11) Criminal Complaint                                                                                           2020R00479

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL PURSUANT TO ORDER** |
| v. | |
| NATHAN MILLER DOBBELMANN | Case No. 21-MJ-247 (DTS) |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. There is probable cause to believe that NATHAN MILLER DOBBELMANN committed the following offenses in the State and District of Minnesota:

a) **Production and Attempted Production of Child Pornography**: From on or about March 22, 2020, through on or about May 1, 2020, in the District of Minnesota and elsewhere, NATHAN MILLER DOBBELMANN attempted to and did employ, use, persuade, induce, entice, and coerce MINOR VICTIM 1 (stated age 15) to engage in sexually-explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; for example, on or about May 1, 2020, at DOBBELMANN's direction MINOR VICTIM 1 sent DOBBELMANN's account a computer file identified as "chat~media_v4~2020-05-01-20-32-42UTC~[MINOR VICTIM 1's account ID]~iliverichously~saved~b~EiQSFUVTQTIwYzU2WlVEelBrS1A5ZFNmNxoAGgAyAXxIAlAEYAE~v4.jpeg," an image depicting the anus and vagina of an individual purported to be MINOR VICTIM 1; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

b) **Production and Attempted Production of Child Pornography:** Between on or about September 13, 2020, through at least on or about October 30, 2020, in the District of Minnesota and elsewhere, NATHAN MILLER DOBBELMANN attempted to and did employ, use, persuade, induce, entice, and coerce MINOR VICTIM 2 (date of birth XX/XX/2008) to engage in sexually-explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; for example, on or about October 30, 2020, at DOBBELMANN's direction Minor 2 sent DOBBELMANN'S account a computer file identified as "chat~media_v4~2020-10-30-21-28-19UTC~[MINOR VICTIM 2's account ID]~iliverichously~saved~b~EiQSFXRqUXJtZUdHV2RkcGpZcGpVRW9iVxoAGgAyAQFIAlAEYAE~v4.jpeg," an image depicting the anus and vagina of an individual purported to be MINOR VICTIM 2; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

c) **Distribution of Child Pornography**: On or about September 23, 2020, in the District of Minnesota and elsewhere NATHAN MILLER DOBBELMANN did knowingly distribute a visual depiction using a means or facility of interstate or foreign commerce, or that was shipped or transported in or affecting interstate or

foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually-explicit conduct, and such visual depiction is of such conduct, to wit, a computer file identified as FQTRXXXX.MP4, a video approximately six minutes and six seconds long depicting MINOR VICTIM 3, an identified minor victim, in poses of sexually explicit nudity and masturbating; all in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(l).

d) **Transfer of Obscene Material to a Minor**: On or about August 11, 2020, in the District of Minnesota and elsewhere NATHAN MILLER DOBBELMANN knowingly attempted to and did transfer an obscene matter to Minor 4, who had not attained the age of 16 years, knowing that Minor 4 had not attained the age of 16 years, to wit, a computer file identified as chat~media_v4~2020-08-11-12-46-28UTC~iliverichously~[MINOR VICTIM 4's account ID]~saved~b~EiQSFUFiME9GWXhHZ290ODBlU2dheGVpeRoAGgAyAQRIA1AEYAE~v4.jpeg, an image depicting an erect adult penis, and accompanying sexual text; all in violation of Title 18, United States Code, Section 1470.

e) **Commission of a Felony Offense by a Registered Sex Offender**: From at least in or about March 2020 through in or about October 2020, NATHAN MILLER DOBBELMANN, a person required by Minnesota law to register as a sex offender, committed felony offenses involving a minor under Title 18, United States Code, Sections 2251 and 2252, as charged above; all in violation of Title 18, United States Code, Section 2260A.

I further state that I am a Federal Bureau of Investigation Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means (Zoom and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Matthew Vogel, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Date:   March 24, 2021

_____
*Judge's Signature*

City and State: Minneapolis, MN

The Honorable David T. Schultz
United States Magistrate Judge
*Printed Name and Title*