UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-133 (DWF/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **STIPULATION REGARDING RESTITUTION** |
| v. | |
| NATHAN MILLER DOBBELMANN, | |
| Defendant. | |

The United States of America and Defendant Nathan Miller Dobbelmann, by and through the parties' respective attorneys, Sarah Hudleston, Assistant United States Attorney, and Lee Johnson, Attorney for Defendant, have entered into this Stipulation Regarding Restitution. The terms of the Stipulation are as follows:

1.  On March 3, 2022, Defendant pled guilty to Count 2 of the Indictment charging him with Production and Attempted Production of Child Pornography, in violation of 18 U.S.C. §§ 2251(a) and (e).

2.  As set forth in the Plea Agreement, Defendant agreed to pay restitution to each of his child pornography possession victims in the amount of at least $3,000, pursuant to 18 U.S.C. §§ 2259 and 3663A. (Plea Agreement ¶ 10). As of the date of this stipulation, valid restitution claims have been submitted on behalf of six victims.

3.  Defendant agrees to pay the amounts as set forth in the table below:

1

| No. | Victim | Series | Information for Payment | Restitution Amount |
|---|---|---|---|---|
| 1 | "Jenny" | Jenny | Marsh Law Firm PLLC in trust for Jenny, P.O. Box 4668 #65135 New York, NY 10163-4668 | $3,000 |
| 2 | "Pia" | Sweet White Sugar | Deborah A. Bianco, in trust for Pia, P.O. Box 6503, Bellevue, WA 98008 | $5,000 |
| 3 | "Sarah" | Marineland1 | Carol L. Hepburn, in trust for Sarah, P.O. Box 17718, Seattle, WA 98127 | $10,000 |
| 4 | "Raven" | Teal&PinkPrincess2 | Marsh Law Firm PLLC in trust for Raven, P.O. Box 4668 #65135 New York, NY 10163-4668 | $3,000 |
| 5 | "Maria" | BestNecklace | Carol L. Hepburn, in trust for Maria, P.O. Box 17718, Seattle, WA 98127 | $5,000 |
| 6 | "Lily" | Vicky | Carol L. Hepburn, in trust for Lily, P.O. Box 17718, Seattle, WA 98127 | $10,000 |
| **Total:** | | | | $36,000 |

Documentation to support these requests has been provided to Probation and Defendant.

4.      Defendant agrees to pay a total amount of restitution of $36,000.

5.      The United States supports these agreements regarding the resolution of the restitution requests.

6.      Defendant agrees that restitution payments shall be made to the Clerk of the Court, United States District Court, District of Minnesota, Minneapolis, Minnesota.

The Clerk shall make appropriate payment to the victims at the addresses identified above.

7. Defendant agrees that he will notify the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 300 South 4th Street, Suite 600, Minneapolis, Minnesota 55415 within 30 days of (a) any change of name, residence or mailing address; and (b) any material change in economic circumstances that affects his ability to pay restitution.

8. The parties further agree that no delinquent or default penalties will be imposed, except upon order of the Court.

9. Defendant agrees that until such time as the full restitution amount is paid, and while he is incarcerated, he will make quarterly payments of no less than $25, if he is working non-UNICOR; if he is working UNICOR, he agrees to pay no less than 50% of his monthly earnings towards his restitution obligation.

10. Defendant agrees that if he has not satisfied the full restitution obligation prior to his release from prison, beginning 30 days after his release from prison, he will make payments of at least $25 per month towards his restitution obligation.

11. The parties respectfully ask the Court to issue judgment reflecting the stipulations contained herein.

Date: July 28, 2022

s/Sarah Hudleston
Sarah E. Hudleston
Assistant United States Attorney
Attorney ID 0351489

Date: 8/1/22

Lee Johnson
Attorney for Mr. Dobbelmann
Attorney ID

Date: 8/1/22

Nathan Miller Dobbelmann
Defendant

4